# Exhibit A



PACTIV
Advanced Packaging Solutions

Telephone: 847/482-2424
Facsimile: 847/482-4544

REC'D-LAW DEPT.

MAY 0 2 2002

H.K. WHITE

**Pactiv Corporation**
1900 West Field Court
Lake Forest, Illinois 60045

Tel 847.482.2000

April 29, 2002

William Hickey
Chief Executive Officer
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

REC'D MAY 2 2002

**Re:  Pactiv Corporation's U.S. Patent Nos. 5,952,076 and 5,968,630**

Dear Mr. Hickey:

It has come to the attention of Pactiv Corporation that your company is advertising and selling laminated compositions for use as flooring underlayment ("Flooring Underlayment"). Pactiv manufactures and sells flooring underlayment, and is the owner of U.S. Patent Nos. 5,952,076 and 5,968,630 (collectively, "Patents"), which are directed to laminated compositions for use in combination with laminate flooring. A copy of each of those Patents is attached for your information and convenience.

It, of course, is unlawful for anyone to practice within the claims of those Patents, unless a license to do so has been granted by Pactiv. Pactiv is concerned that the manufacture, sale and/or use of your Flooring Underlayment product may fall within the claims of one or both of those Patents. I would appreciate your prompt review of the matter to ensure that no infringement of the claims of Pactiv's Patents by your Flooring Underlayment is occurring. If you discover otherwise, then Pactiv must insist that the same immediately be discontinued, unless and until such time as your company obtains license from Pactiv.

Your prompt attention to this matter is requested and the courtesy of your reply would be appreciated.

Very truly yours,

Jay B. Barnes,
Counsel

Enc.

cc: Don Tate – Sealed Air Corporation
    James Mix – Sealed Air Corporation

# Exhibit B



**Telephone:** 847/482-2424
**Facsimile:** 847/482-4544

RECD SEP 1 0 2002

September 9, 2002

**Pactiv Corporation**
1900 West Field Court
Lake Forest, Illinois 60045

Tel 847 482 2000

Thomas C. Lagaly
Sealed Air Corporation
Law Department
P.O. Box 464
100 Rogers Bridge Rd., Bldg. A
Duncan, SC 29334-0464

**Re:    Pactiv Corporation's U.S. Patent Nos. 5,592,076 and 5,968,630**

Dear Mr. Lagaly:

Thank you for your letter to me of July 19, 2002.  In it, you indicate that none of the products "currently" made and/or sold by Sealed Air Corporation infringes either of the above-referenced patents.  Business parties at Pactiv recently obtained and analyzed a sample of Sealed Air underlayment product from the marketplace.  I include a part of that sample for your information, review and comment.  In light of that sample, can you explain Sealed Air's earlier conclusion.  Will it be changed?  Did your investigation indicate that any prior (i.e., as opposed to "current") manufacture or sale of Sealed Air products involved products that potentially infringed the claims of the above-described patents?

Thank you in advance for your attention to this important matter.  I look forward to your earliest response.

Very truly yours,

Jay S. Barnes,
Counsel

Enc.

# Exhibit C



**Pactiv**
Advanced Packaging Solutions

Pactiv Corporation

1900 West Field Court
Lake Forest, IL  60045
847-482-2000

December 18, 2002

David Rives
Don Tate
Sealed Air Corporation
301 Mayhill Street
Saddlebrook, NJ 07663

David and Don,

Thanks again for taking the time to meet with Andy and I yesterday.  I trust that we can resolve this issue together in a professional and friendly manner versus other options.  I know we all look forward to focusing on new adventures and profitability in 2003.  I have recapped a few of our meeting points and put together a few possible scenarios for the outcome.  We look forward to your response and proposal in early January.

**Option 1: As we discussed this isn't our favorite option due to cost, time, and overall servicing of the marketplace.**
> - Pay legal fees ($250K-$1MM)
> - Remove/challenge Sealed Air from film/foam underlayment market
> - Collect past damages on $21MM sales volume (3 years at $8MM)

**Option 2: Preferred because it is clean, easy, and serves the marketplace well.**
> - Provide Sealed Air a license for all (Sealed Air, its affiliates, and customers) foam products that go into the flooring and flooring underlayment market.
>   > - $500,000 per year for 5 years
>   > - Do not collect past damages

**Option 3: Percent versus whole dollar amount.  Would create additional paperwork.**
> - Provide Sealed Air a license at 5% royalty for all (Sealed Air, its affiliates, and customers) foam products that go into the flooring and flooring underlayment market.
>   > - Estimated $8MM sales *5 % =  $400K annually for life of patent
>   > - Collect past damages one time fee of $250K



Pactiv Corporation

1900 West Field Court
Lake Forest, IL 60045
847-482-2000

## Thoughts/Justifications Discussed:

- Market stabilization opportunity with patented product
    - Pactiv recently lost $2MM customer @ 40% profit =$ **800K** annually
        - This customer was taken at 15% below price
    - Midwest Padding continues to advertise and sell the patented products
    - Pak-Lite production of the patented product
    - Misc. distributors/converters selling the patented products
- Increase in film gauge cost
    - Average film cost per pound .76 ($3.35 per msf)
    - SEE average annual msf sold is 133,334 at .06 sq.ft.
    - Savings per 1 mil is **$446,669 annually**
- Patent strengths
    - Pactiv re-issue (1-10 mils) almost complete
    - Pactiv installation patent solid
    - Pactiv "2 sided" Europe patent issuing "as written"
    - Validity of SEE patent (doctrine of equivalents) in question


Have a safe and fun-filled Holiday season!



Dan Brosseau
Pactiv Corporation
Senior Product Manager

# Exhibit D

# Redacted - Confidential Attorney Client Privilege



**"Dan Brosseau"
<dbrosseau@pactiv.co
m>**

01/20/2003 01:09 PM

To: David.Rives@sealedair.com
cc: "Andy Brewer" <ABrewer@pactiv.com>
Subject: flooring questions

David, I have been on vacation, the response to your questions are in red.
If you have further questions, I will back in the office on Tuesday.
Thanks

At our last meeting you mentioned that your existing patent was going to be
broadened.  It is now my understanding that your re-issue was rejected on
Dec. 3rd.  Could you please provide clarification on this?  We met with the
USPTO on Dec. 3rd.
The examiners made some suggestions to get the claims approved. We are
working on the wording and will submit something new in the next few days.

Also, you mentioned that your patent for Europe was near finalization.  We
believe
that there has been no movement on this.  Can you please advise me of any
specific progress on these two issues. In November we received the
Preliminary Exam Report from the European Patent Office. The examiner
considers the application (WO 02/052114 A1) "novel and inventive". We will
submit this application to the US for review before the 6/22/03 deadline.

In order to proceed with our discussions, we need to define the following:

1)     What patents are you specifically offering us to license?  Please
provide the patent numbers. The patents are US 5,952,076 and 5,968,630.

2)     Can you verify that you have a patent and/or extension/modification that is about to issue? As mentioned above, we are still working on the reissue.

3)     Do you still have pending applications that are applicable to this issue? Described above also...and we have one with pending "with tape".

Once you provide some clarity to these issues, I will submit some dates back to you on when Don and I would be able to meet again (in Chicago, if you wish) with you for further discussion.

I look forward to your response.

Dave Rives

# Exhibit E



PACTIV

Advanced Packaging Solutions

September 10, 2003

**Pactiv Corporation**
1900 West Field Court
Lake Forest, Illinois 60045

Tel 847.482.2000

Mr. William Hickey
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07669

Re:  **Pactiv Corporation's flooring underlayment patents**

Dear Mr Hickey:

This letter is provided to follow-up on Pactiv Corporation's earlier communications with Sealed
Air Corporation concerning U.S. Patent Nos. 5,952,076 and 5,968,630 (collectively, the
"Patents").  In those contacts, Pactiv expressed concern that the manufacture, sale and/or use of
certain flooring underlayment products by Sealed Air Corporation might fall within the claims of
one or both of the Patents.  Pactiv sought reassurance from Sealed Air Corporation that no such
infringement was occurring.  Copies of the Patents were provided for Sealed Air Corporation's
convenience.

This letter shall serve to advise Sealed Air Corporation that U.S. Patent No. 6,607,803 B2,
covering a laminate film-foam flooring composition, issued to Pactiv on August 19, 2003.
Again, Pactiv requests that Sealed Air Corporation promptly review its product offerings to
ensure that no manufacture, sale and/or use of Sealed Air Corporation's products has infringed
or will infringe any of the above patents.  As you may know, Pactiv owns three other pending
applications concerning this subject matter, including the nationalized U.S. application
corresponding to the PCT publication WO 02/052114 and the reissue application of U.S. Patent
No. 5,952,076.  The third application has not been published yet, but is a continuation of U.S.
Patent No. 6,607,803 B2, and relates to a method of installing a wood floor using a foam-
film laminate.

Your prompt attention to this matter is requested.  The courtesy of your reply would be
appreciated.

Very truly yours,

Jay J. Barnes
Counsel

# Exhibit F

# Sealed Air Corporation
www.sealedair.com

Law Department
P.O. Box 464
100 Rogers Bridge Road, Bldg. A
Duncan, SC 29334-0464
USA

THOMAS C. LAGALY, PATENT ATTORNEY
Tel:     (864) 433-2333
Fax:    (864) 433-2831
e-mail:  tom.lagaly@sealedair.com

October 15, 2003

<u>Via Mail</u>

Jay S. Barnes, Esq.
Pactiv Corporation
1900 West Field Court
Lake Forest, Illinois 60045

**Re:    Pactiv Corporation's Flooring Underlayment Patents**

Dear Mr. Barnes:

This is to acknowledge receipt of your letter of September 10, 2003 to Mr. William Hickey, a copy of which has been forwarded to me.

As requested in your letter, we have reviewed our product offerings, and conclude that none of the products manufactured, sold, and/or used by Sealed Air Corporation infringe any of the patents referenced in your letter.

Very truly yours,

Thomas C. Lagaly

CC:   William V. Hickey

# Exhibit G

 **Pregis**

Pregis Corporation

**The brightest ideas in packaging.™**

1650 Lake Cook Road, Suite 400
Deerfield, Illinois 60015
Telephone: 847-597-2200

August 26, 2008

David Pritchard
President
Pak-Lite, Inc.
550 Old Peachtree Road, NW
Suwanee, GA  30024

Re:  <u>Pregis Underlayment flooring Patents</u>

Dear David:

    This is to confirm that Pak-Lite, Inc. is an authorized distributor of underlayment flooring products produced from foam and film composition by Pregis.  As an authorized distributor, Pregis views Pak-Lite, Inc. and its customers as having non-exclusive rights under Pregis's U.S. Patent Nos. RE38,745; 5,968,630; 6,607,803; and 7,047,705 to make, sell, and install the underlayment flooring products incorporating Pregis' product covered by these patents.

    This authorization only applies to underlayment flooring products that were purchased from Pregis or in which the foam layer was purchased as foam sheet from Pregis. This authorization does not extend to any other products.

    Pregis has expended significant effort and investment to develop its underflooring technology, and will enforce its intellectual property rights against any unauthorized parties.

Sincerely,

Tom Wetsch
Vice President, New Business Development

# Exhibit H

From:                                              02/19/2009 14:39    #645 P.002/002

 **Pregis**

Pregis Corporation

The brightest ideas in packaging.™

1650 Lake Cook Road, Suite 400
Deerfield, Illinois 60015
Telephone: 847-597-2200

January 27, 2009

Mr. Jerry Hill
Quality Packaging
1116 West Ward Avenue
High Point, NC 27260

<u>**NOTICE:**</u>     <u>**Pregis Foam Underlayment Flooring Patents**</u>

As a valued customer, Pregis would like to take this opportunity to notify you of the following patents owned by Pregis: U.S. Patent Nos. RE38,745; 5,968,630; 6,607,803; and 7,047,705; related to flooring-underlayment technology.

Pregis has established three North American companies, PakLite, Crownhill LTD and Diversified Foam, as authorized distributors of our flooring-underlayment products, and have extended non-exclusive rights under the above patents to distribute, sell, and install Pregis underlayment-flooring products.

Pregis has expended significant investment to develop its underlayment technology and reserves its rights to enforce its intellectual property against any unauthorized parties that produce, purchase, use or install flooring and underlayment products that are covered by Pregis patents.

Business manager, Matt Heil, who monitors product compliance in the marketplace, will be following up to discuss further whether you or your customers may be in jeopardy of violating Pregis patents with respect to underflooring products that are purchased from parties other than our authorized distributors.

Regards,

*K Bull*

Kevin Baudhuin
President
Protective Packaging North America

# Exhibit I



October 14, 2008

Mr. Jeff Katz
Tarkett
1139 Lehigh Ave. Suite 300
Whitehall, PA 18052

Dear Mr. Katz,

It has come to our attention that you may be purchasing and supplying flooring underlayment products potentially violating Pregis Corporation's U.S. Patent Nos. 38,746:   5,968,630:   6,607,803;   and 7,047,705.

Pak-Lite, Inc., is the only officially licensed manufacturer and supplier of products associated with these patents in the United States.  The patent in question cover a family of "Laminate Film-Foam Flooring Composition" polyolefin foam underlayments with thermoplastic film attached, an overlapping film lip and an adhesive tape strip.

This unique combination utilizes an adhesive strip with a removable release liner which attaches itself to an adjoining underlayment roll with an extended plastic lip during installation.  This configuration is commonly referred to in the flooring industry as "LIP & TAPE."

If you are uncertain as to whether your current line of underlayment products are in conflict with the above patents or for additional information please contact:  Tom Wetsch at Pregis Corporation at (630) 779-7798, or Bob Cummings at Pak-Lite, Inc. (770) 447-5123.

Regards,

Pak-Lite, Inc.
550 Old Peachtree Rd. NW
Suwanee, GA 30024
(770) 447-5123
www.solidsoundusa.com
Authorized "LIP & TAPE" converter

# Exhibit J



Pregis Corporation

The brightest ideas in packaging.™

1650 Lake Cook Road, Suite 400
Deerfield, Illinois 60015
Tel: 847-597-2200

June 23, 2010

Jeff Katz
Tarkett
1139 Lehigh Ave, Ste 300
Whitehall, PA 18052

**NOTICE:**    <u>**Pregis Foam Underlayment Flooring Patents**</u>

We have become aware that Tarkett has been selling laminated film/foam underlayment products, including Tarkett Polyfoam with Vapor Retarder.

Pregis owns a portfolio of patents directed to flooring-underlayment technology, including U.S. Patent Nos. RE38,745; 5,968,630; 6,607,803; 7,047,705; and 7,485,358. Pregis has established three North American companies, as authorized distributors of our flooring-underlayment products, and has thus extended to them rights under the above patents to distribute, sell, and install Pregis underlayment-flooring products.

Pregis has expended significant investment to develop its technology and reserves its rights to enforce its intellectual property against any unauthorized parties that produce, purchase, use, or install flooring and underlayment products that are covered by Pregis patents.

Our business manager, Matt Heil, who monitors compliance in the marketplace will be scheduling a meeting with you within the next 30 days. This will be to discuss whether you or your customers may be in jeopardy of violating Pregis patents with respect to under-layment products that are purchased from parties other than our authorized distributors.

Regards,

Kevin Baudhuin
President
Protective Packaging North America